CHARLES LANDES, Respondent, v. JOSEPH HORNTHAL and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

JOHN LUHUIS, as Administrator, etc., Respondent, v. EMPIRE CARTING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

SAMUEL SANDERS, Respondent, v. HENRY KRUMHOLZ, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, on the ground that the verdict was against the weight of the evidence. Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

JENNIE LEVENTHAL, Respondent, v. HOME INSURANCE COMPANY, Appellant. JENNIE LEVENTHAL, Respondent, v. NORTH BRITISH AND MER-CANTILE INSURANCE COMPANY, Appellant. JENNIE LEVENTHAL, Respondent, v. BOSTON INSURANCE COMPANY, Appellant. JENNIE LEVENTHAL, Respondent, v. LIVERPOOL AND LONDON AND GLOBE INSURANCE COMPANY, Appellant.— Determination reversed and order of City Court affirmed on the ground that it does not appear that the discretion vested in the trial judge to set aside the verdict was abused; new trials ordered, costs in this court and in the Appellate Term to the defendant to abide event. Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

THE CITY OF NEW YORK, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

ROSE GYOMBER, by JOSEPH GYOMBER, Her Guardian ad Litem, Appellant, v. PETER RHEBAR, Respondent.— Judgment reversed, new trial ordered, costs to appellant to abide event, on the ground that there was sufficient evidence to justify submission to the jury and for the improper exclusion of testimony offered by the plaintiff. Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

CHRISTIAN ANTON, Respondent, v. MUTUAL-MCDERMOTT DAIRY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

ABRAHAM H. ALTSCHUL, Respondent, v. ALFRED LUDWIG, as Superintendent of Buildings of the Borough of Manhattan, and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.

MARY A. WASSERMAN, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Impleaded with THE CITY OF NEW YORK, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted sustaining demurrer, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Page and Shearn, JJ.